# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSHUA N. HIGGINS

*Plaintiff*

v.

BENTON COUNTY CORRECTIONS and SHERIFF STEVE KEANE

*Defendant*

Civil Action No. 13-CV-5143-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint and claims therein are dismissed without prejudice pursuant to the Order to Dismiss Complaint Without Prejudice and Directing that Collection of the Filing Fee Cease entered on January 27, 2014, ECF No. 10.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a motion for Voluntary Dismissal of Complaint.

Date: January 27, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas